

# United States District Court
# Northern District of Illinois

In the Matter of

Newell et al

v.

A-Alert Security Services

**District Judge Virginia M. Kendall**

Case No. 15-CV-04598

Designated Magistrate Judge
Sheila Finnegan

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Charles P. Kocoras to be related to 15 c 3537 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
**Judge Virginia M. Kendall**

Date: Tuesday, June 23, 2015

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Virginia M. Kendall

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Ruben Castillo**

Dated:Tuesday, June 23, 2015

District Reassignment  - Finding of Relatedness