IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADARIA NEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-4598 |
| | ) | |
| A-ALERT SECURITY SERVICES, INC., CONCORDIA PLACE APARTMENTS, L.P., PROMEX MIDWEST CORPORATION, DRE, INC., RICKY MARTINEZ, other CURRENTLY UNKNOWN A-ALERT SECURITY GUARDS, the CITY OF CHICAGO, and CURRENTLY UNKNOWN CHICAGO POLICE DEPARTMENT OFFICERS, | ) ) ) ) ) ) ) ) ) | Judge Kendall |
| Defendants. | ) | |

## VOLUNTARY DISMISSAL OF CASE

Pursuant to FRCP 41(a)(1)(A), IT IS HEREBY STIPULATED AND AGREED among the parties, by their respective attorneys of record, that this case be dismissed with prejudice with each side to bear its own costs and fees.

Respectfully submitted by:

| *For Plaintiff:* | *For Defendants A-Alert Security Services, Inc. and Ricky Martinez* |
|---|---|
| s/ Julie O. Herrera<br>Law Office of Julie O. Herrera<br>53 W. Jackson, Suite 1615<br>Chicago, IL 60604<br>Tel: 312-697-0022<br>Fax: 312-697-0812<br>jherrera@julieherreralaw.com | /s/ Scott J. Brown<br>Cassiday Schade LLP<br>20 North Wacker Drive<br>Suite 1040<br>Chicago, IL 60606-2903<br>(312) 641-3100<br>sjb@cassiday.com |
| | *For Defendant City of Chicago* |

1

|  | /s/ Bret Anthony Kabacinski<br>City of Chicago Department of Law<br>30 N. LaSalle St.<br>Suite 900<br>Chicago, IL 60602<br>312-742-1842<br>bret.kabacinski@cityofchicago.org |
|---|---|
|  | *For Defendants Concordia Place Apartments, Promex Midwest Corp., Dre, Inc.*<br><br>/s/ William W. Kurnik<br>Knight, Hoppe, Kurnik & Knight Ltd.<br>5600 North River Road<br>Suite 600<br>Rosemont, IL 60018<br>(847) 261-0700<br>(847) 261-0714 (fax)<br>bkurnik@khkklaw.com |